ADELA H. CORDICH, PERSONAL REPRESENTATIVE OF ESTATE OF ANTHONY CORDICH, DECEASED, PLAINTIFF, v. VIKING AIR TRANSPORT CO., INC., ALSO KNOWN AS VIKING AIR TRANSPORT COMPANY, A CORPORATION OF THE STATE OF CALIFORNIA, DEFENDANT.

Decided November 13, 1946.

Before Justice PARKER.

For the defendant, *W. Howard Demarest.*

(Plaintiff not represented by counsel.)

PARKER, J. The suit is by a party described as "personal representative of estate of Anthony Cordich, deceased," against a corporation of California based on an airplane accident which occurred in Virginia, while the plane was *en route* to Texas.

The statute (*R. S.* 2:47-2; *N. J. S. A.* 2:47-2) provides that except where there is a probated will—which apparently is not the present case—the suit shall be in the name of an administrator *ad prosequendum.* The present plaintiff describes herself merely as "personal representative" of the estate of deceased. This, passing other objections, is dispositive of the present action.

The complaint will be struck out and the summons quashed.